**Motion for emergency stay granted in part and denied in part, motion to expedite appeal granted, and Order filed May 6, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00185-CV

_____

### NOBLE DRILLING (U.S.) LLC, Appellant

### V.

### ERIC WHEELER, Appellee

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-DCV-287270**

## ORDER

Before the court is appellant Noble Drilling (U.S.) LLC's opposed motion for emergency stay and motion to expedite this appeal. In the motion for emergency stay, appellant requests the court to stay the trial court's March 2, 2022 temporary injunction compelling appellant to pay pre-trial maintenance and cure benefits of

$120.21 per day.[1]   Appellant has appealed this order and, alternatively, requested mandamus relief.   On April 13, 2022, this court granted temporary relief staying the March 2, 2022 order pending appellee's response and further order of the court. Appellee has filed a response, and appellant has filed a reply in further support of its motion.

In appeals from interlocutory orders, this court is authorized to "make any temporary orders necessary to preserve the parties' rights until disposition of the appeal.   Tex. R. App. P. 29.3.   We possess similar authority in original proceedings.   *See* Tex. R. App. P. 52.10(b).   Based on the parties' filings, we conclude appellant is entitled to a partial stay of the trial court's order pending appeal and consideration of the alternative request for mandamus relief.   We also conclude that expedited consideration is appropriate.

Accordingly, the court GRANTS IN PART appellant's motion for emergency stay.   The trial court's March 2, 2022 order is stayed except to the extent it requires payment of maintenance benefits of no more than $35.00 per day.   All other relief requested in the motion is DENIED.   Further, the court GRANTS appellant's motion to expedite the appeal.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.

---

[1] According to appellant, it has "in good faith[] agreed to pay [appellee its] established maintenance rate of $35.00 per day," and it is currently paying that amount.